No. 90–6086.  BELYEU *v.* TEXAS.  Ct. Crim. App. Tex.;
No. 90–6101.  JOUBERT *v.* NEBRASKA.  Sup. Ct. Neb.;
No. 90–6291.  ORNDORFF ET AL. *v.* LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.  C. A. 8th Cir.;
No. 90–6325.  HENRY *v.* PENNSYLVANIA.  Sup. Ct. Pa.;

No. 90–6541.   BEAN v. ILLINOIS.   Sup. Ct. Ill.;

No. 90–6816.   VAN POYCK v. FLORIDA.   Sup. Ct. Fla.;

No. 90–6818.   SWEET v. MISSOURI.   Sup. Ct. Mo.;

No. 90–6850.   GATES v. WARDEN AT SAN QUENTIN.   C. A. 9th Cir.; and

No. 90–6855.   SPENCE v. TEXAS.   Ct. Crim. App. Tex.   Certiorari denied.   Reported below: No. 90–6086, 791 S. W. 2d 66; No. 90–6101, 235 Neb. 230, 455 N. W. 2d 117; No. 90–6291, 906 F. 2d 1230; No. 90–6325, 524 Pa. 135, 569 A. 2d 929; No. 90–6541, 137 Ill. 2d 65, 560 N. E. 2d 258; No. 90–6816, 564 So. 2d 1066; No. 90–6818, 796 S. W. 2d 607; No. 90–6855, 795 S. W. 2d 743.

JUSTICE MARSHALL, dissenting.

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 231 (1976), I would grant certiorari and vacate the death sentences in these cases.